

Andrew M. Burns
Partner

March 8, 2021

**VIA CM/ECF**

Honorable P. Kevin Castel
United States District Court Judge
United States Courthouse
500 Pearl Street, Courtroom 11D
New York, NY 10007

  Re: **Whitaker v. On the Right Track Systems, Inc.**
     **Case No. 21-cv-840 (PKC)**

Dear Judge Castel:

  I represent plaintiff Jennifer Whitaker in the above-referenced case. I write in response to the pre-motion letter submitted by Mr. Levine on behalf of his client, defendant On the Right Track Systems, Inc.

  Plaintiff believes there is no basis for defendant's motion and that she has stated sufficient facts to support the claims alleged in her complaint. Accordingly, plaintiff will oppose defendant's motion to dismiss. However, in the event the Court determines that plaintiff has failed to state sufficiently a claim upon which relief may be granted, plaintiff requests leave to amend.

         Respectfully submitted,

         Andrew M. Burns

AMB/ab

cc:  Peter M. Levine, Esq. (via CM/ECF)

Corporate Crossings Office Park | 179 Sully's Trail, Suite 202, Pittsford, NY 14534 | 585.385.7900
aburns@burnsandschultz.com | direct phone: 585.385.7907 | fax: 585.625.0591
burnsandschultz.com