

Andrew M. Burns<br>Partner

March 8, 2021

**VIA CM/ECF**

Honorable P. Kevin Castel
United States District Court Judge
United States Courthouse
500 Pearl Street, Courtroom 11D
New York, NY 10007

      Re:    **Whitaker v. On the Right Track Systems, Inc.**
              **Case No. 21-cv-840 (PKC)**

Dear Judge Castel:

      I represent plaintiff Jennifer Whitaker in the above-referenced case. I write in response to the pre-motion letter submitted by Mr. Levine on behalf of his client, defendant On the Right Track Systems, Inc.

      Plaintiff believes there is no basis for defendant's motion and that she has stated sufficient facts to support the claims alleged in her complaint. Accordingly, plaintiff will oppose defendant's motion to dismiss. However, in the event the Court determines that plaintiff has failed to state sufficiently a claim upon which relief may be granted, plaintiff requests leave to amend.

Respectfully submitted,

*Andrew Burns*

Andrew M. Burns

AMB/ab

cc: Peter M. Levine, Esq. (via CM/ECF)

---

Within five days, file a letter stating without ambiguity whether the plaintiff wishes to amend at this time. Plaintiiff has been favored with a five-page, single-spaced letter to enable her to take a position on the proposed motion.
SO ORDERED.
Dated: 3/8/2021

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

Corporate Crossings Office Park | 179 Sully's Trail, Suite 202, Pittsford, NY 14534 | 585.385.7900
aburns@burnsandschultz.com | direct phone: 585.385.7907 | fax: 585.625.0591
burnsandschultz.com