

Andrew M. Burns<br>Partner

March 11, 2021

**VIA CM/ECF**

Honorable P. Kevin Castel
United States District Court Judge
United States Courthouse
500 Pearl Street, Courtroom 11D
New York, NY 10007

      Re:    **Whitaker v. On the Right Track Systems, Inc.**
               **Case No. 21-cv-840 (PKC)**

Dear Judge Castel:

    I represent plaintiff Jennifer Whitaker in the above-referenced case. I write in response to the Court's March 8, 2019 Order. I apologize to the Court for the lack of clarity in my March 8, 2021 letter.

    Because plaintiff believes she has stated sufficient facts to support the claims alleged in her complaint, plaintiff does not seek to amend her complaint at this time.

                                Respectfully submitted,

                                Andrew M. Burns

AMB/ab

cc: Peter M. Levine, Esq. (via CM/ECF)

Corporate Crossings Office Park | 179 Sully's Trail, Suite 202, Pittsford, NY 14534 | 585.385.7900
aburns@burnsandschultz.com | direct phone: 585.385.7907 | fax: 585.625.0591
burnsandschultz.com