# BURNS ‖ SCHULTZ LLP
### ATTORNEYS AT LAW

Andrew M. Burns
Partner

March 11, 2021

**VIA CM/ECF**

Honorable P. Kevin Castel
United States District Court Judge
United States Courthouse
500 Pearl Street, Courtroom 11D
New York, NY 10007

> *Handwritten endorsement:* The plaintiff has been afforded the opportunity to address the arguments presented by defendant in its pre-motion letter and has declined. SO ORDERED.
> /s/ PKC USDJ 3-12-21

Re: **Whitaker v. On the Right Track Systems, Inc.**
Case No. 21-cv-840 (PKC)

Dear Judge Castel:

I represent plaintiff Jennifer Whitaker in the above-referenced case. I write in response to the Court's March 8, 2019 Order. I apologize to the Court for the lack of clarity in my March 8, 2021 letter.

Because plaintiff believes she has stated sufficient facts to support the claims alleged in her complaint, plaintiff does not seek to amend her complaint at this time.

Respectfully submitted,

*/s/ Andrew Burns*

Andrew M. Burns

AMB/ab

cc: Peter M. Levine, Esq. (via CM/ECF)