UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - -

JENNIFER L. WHITAKER,

                         Plaintiff,                          21 Civ. 840-PKC

         -against-

                                                    NOTICE OF MOTION

ON THE RIGHT TRACK SYSTEMS, INC.,

                         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - -

            PLEASE TAKE NOTICE that upon the Declaration of John Benis dated April 1, 2021 and the exhibits thereto, the Declaration of Peter M. Levine dated April 4, 2021 and the exhibits thereto, the Complaint and the exhibits thereto, and all prior proceedings herein, defendant On the Right Track Systems, Inc. shall move this Court, before Hon. P. Kevin Castel, District Court Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 11-D, New York, New York 10007, at a time and date to be set by the Court, for an Order pursuant to Rules 8 and 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Complaint and granting to defendant such other and further relief the Court deems just and proper.

Dated: New York, New York
        April 4, 2021

                                    PETER M. LEVINE  (PML-7630)
                                    Attorney for Defendant
                                    444 Madison Avenue, Suite 410
                                    New York, New York  10022
                                    212-599-0009