UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK _ _
JENNIFER L. WHITAKER,

|  |  |
|---|---|
| **Plaintiff,** | **21 Civ. 840-PKC** |
| -against- | DECLARATION OF JOHN BENIS |
| **ON THE RIGHT TRACK SYSTEMS, INC.,** | |
| **Defendant.** | |

- - - - - - - - - - - - - - - - - - - - -

JOHN BENIS declares under the penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.     I am the Secretary-Treasurer of On the Right Track Systems, Inc. I have personal knowledge of the facts contained in this Declaration, which I make in support of the motion by On the Right Track to dismiss the Complaint.

2.     As stated in the Complaint [at ¶ 6], On the Right Track manufactures and sells "patented cubicle curtain track systems and cubicle curtains for the healthcare industry."

3.     On January 31, 2011, On the Right Track entered into a Patent License Agreement with Curtain Cuts LLC, a Virginia limited liability company, with respect to U.S. Patent No. 7,761,935. Complaint, Ex.2.

4.     Curtain Cuts controlled the '935 Patent under a Patent Assignment delivered by the inventor, Jennifer Whitaker, who owned Curtain Cuts. Complaint, Ex. 1.

5.     The '935 Patent applied to a "shower curtain with flap for use with tub transfer bench." Exhibit A. A tub transfer bench is used by those who need to sit when showering. Because the bench necessarily protrudes beyond the edge of the tub, water may splash to the floor. The invention covered by the '935 Patent was simply two vertical slits in

the shower curtain to create a flap, which, "located along the bottom edge of the shower curtain, can be pulled into the slot of a tub transfer bench to prevent water from splashing outwards of the bathtub." Id. [Patent Abstract].

6.     Under section 2.1 of the Patent License Agreement, Curtain Cuts granted to On the Right Track a license "to make, use, offer to sell, and import" products incorporating the patent claims. Section 3.2 provided for the payment by On the Right Track to Curtain Cuts of "a royalty of seven percent (7%) of the Net Sales Price of all Products sold or otherwise disposed of under the license." The Agreement [at § 4.1] also provided for the payment of Minimum Royalties, which were set at seven-percent of projected sales. For 2011, sales were projected to be $114,583; for 2012, $267,847; for 2013, $303,357; for 2014, $339,385; for 2015, $375,000; for 2016 and thereafter, $392,857.

7.     The product embodying the '935 Patent did not sell well. Sales never got close to the levels on which the Minimum Royalties were based. This is confirmed by paragraph 20 of the Complaint, which shows annual sales averaging $66,305 from 2014 through 2020. If the years 2011-2013 are included, the average is much less.

8.     In 2011 and 2012, On the Right Track paid a seven-percent royalty to Curtain Cuts based on actual sales. In 2011, sales amounted to $1,790.29, and On the Right Track paid a seven-percent royalty of $125.32 to Curtain Cuts. From January through July 2012, sales amounted to $2,934, and On the Right Track paid a seven-percent royalty of $205.38 to Curtain Cuts.

9.     On the Right Track never issued a Form 1099 to Curtain Cuts, because the royalty payments were under the $600 threshold in 2011 and 2012.

10.    According to the Complaint [at ¶¶ 25-28], On the Right Track paid

2

royalties only to Jennifer Whitaker, never to Curtain Cuts. Those allegations are false. As shown by the attached Vendor Check Register Report, Curtain Cuts received monthly royalty payments from On the Right Track beginning May 2, 2011 and continuing through July 2, 2012. Exhibit B. The Vendor Check Register Report is based on records generated and maintained by On the Right Track in the course of its regularly conducted business activities, and it is the regular practice of On the Right Track to generate and maintain those records. I am the custodian of those records, which were made by employees of On the Right Track with personal knowledge at or near the time of each transaction recorded.

11.     On July 10, 2012, Jennifer Whitaker asked On The Right Track to stop paying royalties to Curtain Cuts and to pay the royalties to her:

> I wated [sic] to give you my new address: 111 Sweet Magnolia Lane, Apt 4110, Eatonton, GA 31024. My phone number has stayed the same. Is it possible to write the check to me instead of Curtain Cuts? I need to determine GA small business laws.

Exhibit C. On the Right Track complied with her request beginning in August 2012. From August through December 2012, sales amounted to $38,591.71, and On the Right Track paid a seven-percent royalty of $2,701.42 to Jennifer Whitaker. Exhibit B.

12.     The product experienced a relatively good year in 2014, when the largest producer of tub transfer benches in the United States placed an order, leading to sales (according to the Complaint [at ¶ 20]) of $183,270 and royalty payments to Jennifer Whitaker amounting to $10,921.10, but after the initial order, the producer dropped the product, and sales immediately reverted to their previously anemic levels.

13.     From 2011 through 2020, On the Right Track consistently paid a seven-percent royalty based solely on actual sales. Jennifer Whitaker never objected to receiving royalties on this basis and never demanded payment of the Minimum Royalties stated in the Patent License Agreement.

14.    According to the Complaint [at ¶ 31], Jennifer Whitaker "demanded payment" of the Minimum Royalties, but On the Right Track "refused to pay." The Complaint does not specify when Ms. Whitaker "demanded payment," and with good reason: There was no such demand until August 27, 2020, when her counsel dispatched a letter by e-mail to On the Right Track threatening litigation.

I declare the foregoing is true and correct.

Executed at New York, New York, April ⌊, 2021.

JOHN BENIS

4

# EXHIBIT A

US007761935B1

(12) **United States Patent**
Whitaker

(10) Patent No.: **US 7,761,935 B1**
(45) **Date of Patent:** **Jul. 27, 2010**

(54) **SHOWER CURTAIN WITH FLAP FOR USE WITH TUB TRANSFER BENCH**

(76) Inventor: **Jennifer L. Whitaker**, 14318 Denby Ter., Midlothian, VA (US) 23114

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 291 days.

(21) Appl. No.: **11/503,876**

(22) Filed: **Aug. 11, 2006**

(51) **Int. Cl.**
*A47K 3/08* (2006.01)

(52) **U.S. Cl.** ............................................... **4/558**; 4/608

(58) **Field of Classification Search** .................. 4/557, 4/558, 607–609; 160/179, 330
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 1,545,093 | A | * | 7/1925 | Gallob | .................... | 160/349.2 |
| 2,840,155 | A | * | 6/1958 | Stern | .......................... | 160/124 |
| 3,145,719 | A | * | 8/1964 | Johnson | ...................... | 52/2.21 |
| 4,316,345 | A | * | 2/1982 | Rivette et al. | ............... | 446/387 |
| 5,127,460 | A | * | 7/1992 | Abadi et al. | ................. | 160/332 |
| 5,450,890 | A | * | 9/1995 | Pinkalla et al. | .......... | 160/121.1 |
| 6,041,454 | A | * | 3/2000 | Summerford | ................. | 4/558 |
| 6,336,232 | B1 | * | 1/2002 | Toder | ............................ | 4/608 |
| 2001/0020618 | A1 | * | 9/2001 | Kellogg et al. | ............... | 220/9.2 |
| 2006/0060235 | A1 | * | 3/2006 | Ball | ........................... | 135/136 |

* cited by examiner

*Primary Examiner*—Huyen Le

(57) **ABSTRACT**

A shower curtain with an integral flap for accommodating a tub transfer bench. The flap, located along the bottom edge of the shower curtain, can be pulled into the slot of a tub transfer bench to prevent water from splashing outwards of the bathtub. Two side slits bound the flap and reinforcing material is provided at the boundary of the side slits to reduce the possibility of tear propagation. A handle may be provided at the lower end of the flap to facilitate easy grasping of the flap. The shower curtain may further include straps having hook-and-loop pads at the top edge to facilitate easy hanging and removal of the shower curtain from a conventional shower curtain rod.

**2 Claims, 6 Drawing Sheets**





Fig. 1

Fig. 2



(PRIOR ART)
Fig. 3



Fig. 4



Fig. 5

Fig. 6



Fig. 7



Fig. 8



Fig. 9



Fig. 10



Fig. 11

Case 1:21-cv-00840-PKC   Document 17   Filed 04/04/21   Page 12 of 22



Fig. 12



Fig. 13



Fig. 14

US 7,761,935 B1

1

# SHOWER CURTAIN WITH FLAP FOR USE WITH TUB TRANSFER BENCH

## FIELD OF THE INVENTION

This invention relates to devices for assisting elderly or physically handicapped people with showers and baths and specifically to a shower curtain for use with a bathtub and a tub transfer bench to eliminate the occurrence of water splashing outside of the bathtub.

## BACKGROUND OF THE INVENTION

Those who are elderly, physically handicapped, wheelchair bound, or otherwise impaired in their mobility frequently need assistance or special equipment when taking baths. Tub transfer benches are commonly used to enable the physically impaired to take a bath or a shower. The tub transfer benches typically include a two-part seat, a backrest, and legs that enable the bench to straddle the outer wall of a bathtub or tub-shower.

As shown in FIGS. 1 and 2, the tub transfer bench 20 includes inner legs 22 and outer legs 24, with the inner legs 22 shorter than the outer legs 24 to enable the bench 20 to be level when the bench straddles the outer wall 26 of the bathtub 28. The tub transfer bench typically includes the two-part seat 29, including an inner portion 30 and an outer portion 32, to provide a gap 34 to accommodate the conventional shower curtain 36 of the tub-shower. The term "tub transfer bench" is derived from the two-part seat 29, which enables a person to transfer their weight from the outer seat 32 outside the tub-shower, to the inner seat 30 inside the tub-shower, without standing or raising their weight off of the two-part seat 29. The gap 34 is provided for accepting the lower portion of the shower curtain 36 in an attempt to prevent water from splashing out of the bathtub or tub-shower.

Although the two-part seat 29 of the tub transfer bench 20 includes a gap 34, the bench 20 also includes the framework 38 that connects the inner 30 and outer 32 parts of the seat. The gap 34 between the inner 30 and outer parts 32 of the seat is also constricted by the framework 38 that connects the seat portions. The gap 34 is therefore typically in the form of a slot 40 (see FIG. 2) bounded by the two portions of the seat 30 and 32 and by the framework 38 of the tub transfer bench 20. The framework 38 bounding the slot 40 typically includes two substantially horizontal posts 42 as shown in FIG. 2.

Unfortunately, when a conventional shower curtain 36 is placed upon the gap 34 of the tub transfer bench 20, as shown in FIG. 3, the shower curtain 36 bunches up upon the posts 42. This typically creates a hole 43 between the shower curtain 36 and the outer wall 26 of the bathtub 28. Attempts to reduce the size of the hole 43 by pulling the bunched up portion of the shower curtain 36 through the slot 40 are difficult as the slot 40 is small and the bunched up portion does not move easily through the slot 40. Additionally, it is difficult for a physically handicapped or elderly person to reach under the seat of the tub transfer bench 20 to pull the shower curtain 36 through the slot 40. Therefore, conventional shower curtains do not adequately prevent water from splashing outside of the shower or bathtub.

## SUMMARY OF THE INVENTION

The invention is a shower curtain with an integral flap for accommodating a tub transfer bench. The flap, located along the bottom edge of the shower curtain, can be pulled into the slot of a tub transfer bench to prevent water from splashing

2

outwards of the bathtub. Two side slits bound the flap and reinforcing material is provided at the boundary of the side slits to reduce the possibility of tear propagation. A handle may be provided at the lower end of the flap to facilitate easy grasping of the flap. The shower curtain may further include straps having hook-and-loop pads at the top edge to facilitate easy hanging and removal of the shower curtain from a conventional shower curtain rod.

## OBJECTS AND ADVANTAGES

Several advantages are achieved with the shower curtain with flap of the present invention, including:

(1) The shower curtain of the present invention includes slits and a flap to allow it to fit snugly over the posts of a conventional tub transfer bench when situated in a bathtub and thereby prevent water from escaping the bathtub in the vicinity of the posts.

(2) Reinforcement is provided around the periphery of the slits of the shower curtain of the present invention to prevent tearing in the vicinity of the slits.

(3) A handle at the lower end of the flap facilitates grasping of the flap thereby making it easy to insert and remove the flap from the slot area of a conventional tub transfer bench.

(4) The shower curtain of the present invention includes straps having hook-and-loop pads at the top edge to facilitate easy hanging and removal of the shower curtain from a conventional shower curtain rod.

These and other objects and advantages of the present invention will be better understood by reading the following description along with reference to the drawings.

## DESCRIPTION OF THE DRAWINGS

FIG. 1 is a front elevation view of a tub transfer bench placed in a bathtub and a conventional shower curtain.

FIG. 2 is a top view of the tub transfer bench and bathtub of FIG. 1.

FIG. 3 is a view of a conventional shower curtain and tub transfer bench taken along line 3-3 of FIG. 1.

FIG. 4 is an elevation view of the first embodiment of a shower curtain with flap according to the present invention.

FIG. 5 is an elevation view of the first embodiment of a shower curtain with flap according to the present invention.

FIG. 6 is an elevation view of a second embodiment of a shower curtain with flap according to the present invention including a handle along the bottom edge of the flap.

FIG. 7 is a view of the center portion of a shower curtain similar to that shown in FIG. 5 but depicting a preferred embodiment of a shower curtain according to the present invention placed between the bathtub and the outer seat of a conventional tub transfer bench and including hook and loop tabs connecting the flap to the side portions of the shower curtain.

FIG. 8 is a view of the upper left corner of the shower curtain delineated by line 8-8 of FIG. 5 and showing a few of the straps along the top edge of the shower curtain of the present invention.

FIG. 9 is a sectional view of the shower curtain of the present invention taken along line 9-9 of FIG. 8 and showing a detailed side view of a strap.

FIG. 10 is a view of the upper left corner of the shower curtain delineated by line 8-8 of FIG. 5 and showing one open and two closed straps along the top edge of the shower curtain.

US 7,761,935 B1

**3**

FIG. **11** is a side view of an open strap according to the present invention in position to be closed around a conventional shower curtain rod.

FIG. **12** is an end view of the area surrounding a slit or opening at the edges of a flap, which includes a folded over portion of the sheet that will form a reinforced area surrounding the flap.

FIG. **13** is an end view similar to that of FIG. **12** but with the folded over portion is bonded together to form the reinforced area.

FIG. **14** is an end view similar to that of FIG. **12** with the reinforced area comprising a strip of reinforcing material that will be secured to the sheet.

INDEX TO REFERENCE NUMERALS IN DRAWINGS

20 conventional tub transfer bench
22 inner leg of tub transfer bench
24 outer leg of tub transfer bench
26 outer wall of bathtub
28 bathtub
29 two-part seat
30 inner portion of seat
32 outer portion of seat
34 gap
36 conventional shower curtain
38 framework of tub transfer bench
40 slot
42 horizontal post
43 hole
50 shower curtain, first embodiment
52 slit
54 flap
56 top aperture
58 metal grommet
60 shower curtain, second embodiment
62 sheet
64 top edge of sheet
66 bottom edge of sheet
68 side edge of sheet
70 slit or opening
72 slit edge
74 flap
76 side edge of flap
78 bottom edge of flap
80 reinforced area
82 folded over portion
84 strip of reinforcing material
88 strap
90 shower curtain, third embodiment
91 reinforced area along bottom edge of flap
94 handle
96 first end of strap
98 second end of strap
100 hook arrangement
102 loop arrangement
104 shower curtain rod
106 shower curtain, preferred embodiment
108 hook and loop tab
W1 width of flap
W2 width of tub transfer bench between the posts

DETAILED DESCRIPTION OF THE INVENTION

With reference to FIG. **4** there is shown a first embodiment of a shower curtain **50** according to the present invention to be

**4**

used in conjunction with a tub transfer bench to prevent water from splashing out of the bathtub. The shower curtain **50** includes two slits **52** to accommodate the posts of a conventional tub transfer bench (see FIG. **2**). The two slits **52** define a flap **54** in the shower curtain **50** and, when the shower curtain **50** is closed upon a tub-shower having a tub transfer bench, the flap **54** can be pulled through the slot **40** (see FIG. **2**) to completely seal around the tub transfer bench and prevent water from splashing outside the tub. The shower curtain **50** includes top apertures **56** and grommets **58** to accommodate hooks for hanging from a shower curtain rod (not shown).

With reference to FIG. **5** there is shown a second embodiment of a shower curtain **60** of the present invention. The shower curtain **60** includes a generally rectangular sheet **62** having a top edge **64**, a bottom edge **66**, and two side edges **68**. Two slits **70** or openings extend upwards from the bottom edge **66** of the sheet **62** and include slit edges **72** surrounding the slits **70**. The slits **70** define a flap **74** in the sheet **62**. The flap **74** is generally located between the two side edges **68** of the sheet **62** and includes side edges **76** and a bottom edge **78**.

Although shower curtains, being water impervious, perform well in repelling water, they do not exhibit adequate tear resistance. The shower curtain **60** depicted in FIG. **5** therefore includes a reinforced area **80** along the bottom edge **78** and side edges **76** of the flap **74**, with the reinforced area **80** surrounding each of the slits **70**. As shown in FIG. **12**, the reinforced area **80** may include a folded over portion **82** of the sheet **62** at the slit edges **72**. The shower curtain **60** are can be constructed of polyethylene, polyvinyl chloride, or any other appropriate water impervious plastics. After being folded over, as shown in FIG. **13**, the folded over portion **82** and the sheet **62** are preferably bonded together by heat, adhesive, ultrasonic energy, stitching, staples or a combination thereof.

With reference to FIG. **14**, the reinforced area **80** may include a strip of reinforcing material **84** at the slit edges **72**. The reinforcing material **84** can be constructed of plastic, fabric, or fiber and is preferably bonded to the sheet **62** by heat, adhesive, ultrasonic energy, ultraviolet light, or infrared light, or secured to the sheet **62** by stitching, staples or a combination thereof. The reinforced slits **70** can be of various shapes, including an inverted U-shape (see FIG. **5**) or an inverted V-shape (see FIG. **6**).

With reference to FIG. **5**, the second embodiment of the shower curtain **60** of the present invention further includes a plurality of straps **88** along the top edge **64** of the sheet **62**. The reinforced slits or openings **70**, which can be of various shapes, are an inverted U-shape in the embodiment shown in FIG. **5**.

Referring to FIG. **6**, a third embodiment of the shower curtain **90** of the present invention includes a reinforced area **92** along the bottom edge **78** of the flap **74**. The reinforced area **92** can include a folded over portion of the sheet **62** or can be a strip of fabric or plastic folded around the bottom edge and bonded thereto by heat, adhesive, ultrasonic energy, stitching, staples or a combination thereof. The third embodiment of the shower curtain **90** includes a handle **94** extending from the bottom edge **78** of the flap **74**. The handle **94** is preferably a cord of which the material of construction of the cord is preferably nylon, cotton, or plastic. As the present invention would typically be utilized by those who are elderly or have physical handicaps, the handle **94** provides a convenient grasping member for pulling the flap **74** through the narrow slot of the tub transfer bench (see FIG. **2**). As shown in FIG. **6**, the flap **74** may be constructed of a shorter length than the shower curtain sheet **62**, as the shorter length remains long enough to prevent water from splashing over the outer wall **26**

US 7,761,935 B1

5

of the bathtub but provides the advantage of keeping the handle **94** out of any standing water at the bottom of the bathtub. The cord may be treated with bactericides or fungicides to prevent rapid mildewing of the cord, which will experience repeated wettings in a shower or bath environment. The handle **94** is held by the reinforced area **92** or folded over portion on the bottom edge **78** of the flap **74**. The reinforced slits or openings **70** are an inverted V-shape in the embodiment shown in FIG. **6**. The sheet **62** includes slit edges **72** surrounding the slits **70**.

Referring to FIGS. **8-10**, the straps **88** include a first end **96** and second **98** end with the first end **96** of the strap **88** bonded to the sheet **62** and the second end **98** includes a hook arrangement **100** thereon. A loop arrangement **102** is included on the sheet **62** in alignment with the hook arrangement **100** on the second end **98**. As shown in FIG. **11**, the strap **88** may be routed around a shower curtain rod **104** and then secured to the sheet **62** by contacting the hook arrangement **100** of the strap **88** with the loop arrangement **102** of the sheet. Suitable single-sided hook materials and single-sided loop materials for the hook arrangement **100** and the loop arrangement **102** are known as Velcro® brand fasteners and are available from commercial vendors such as Industrial Webbing Corporation in Boynton Beach, Fla. Industrial Webbing's Pressure Sensitive Velcro® or Sew-On Velcro® are preferable for use with the straps **88** and the sheet **62** of the present invention.

With reference to FIG. **7**, there is shown a preferred embodiment of the shower curtain **106** of the present invention having inverted U-shaped openings **70** and a handle **94** at the bottom edge **78** of the flap **74**. Preferably the flap **74** of the shower curtain **106** has a width $W_1$ that is 10 to 20% greater than the width $W_2$ of the tub transfer bench, as measured between the two horizontal posts **42**, that it is used in conjunction with. With the flap **74** wider than the distance between the posts **42**, the shower curtain **106** of the present invention will accommodate a variety of conventional tub transfer benches, as the flap **74** can be bunched to fit benches that have narrow widths between the posts **42**. Preferably the width of the shower curtain sheet **62** is also 10 to 30% greater in width than the length of a bathtub that it is used in conjunction with. Having the shower curtain wider than the bathtub enables the flap **74** to be slid sideways with respect to the bathtub to adjust the position of the flap **74** with respect to the tub transfer bench. The tub transfer bench is typically positioned toward an end of the shower or bathtub having the spigot or showerhead, but the extra width of the shower curtain **106** accommodates easy adjustment of the flap with respect to the location of the tub transfer bench. Although the handle **94** is depicted as a loop in FIG. **7**, it can also be two separate cords (not shown) extending from the flap **74**. One cord would be used for pulling the flap into and through the slot and the other cord retained outwards of the slot. With this type of two-cord handle, the second cord would be used to pull the flap out of the slot at the conclusion of the bath.

With reference to FIGS. **7-11**, the shower curtain **106** of the present invention is operated by placing the straps **88** (see FIG. **11**) around the shower curtain rod **104** and securing the second end **98** of each strap **88** to the loop arrangement **102** on the shower curtain **106**. The flap **74**, located nearer one side of the shower curtain than the other (see FIG. **6**) and the shower curtain is reversible with respect to the rod **104** thereby allowing the user to position the flap toward the end of the bathtub that contains the spigot or showerhead and the tub transfer bench. The flap **74** of the shower curtain is then grasped by the handle **94** and pulled through the slot **40** of the tub transfer bench. At this point the top of the openings **70** are around the posts **42** of the tub transfer bench **20** and water is prevented

6

from splashing from the bathtub. The reinforced area **80** around the flap **74** prevents tearing and thereby preserves the integrity of the shower curtain **106** through repeated uses.

As shown in FIG. **7**, the shower curtain **106** may further include hook and loop tabs **108** connecting the flap **74** to the side portions of the shower curtain to further restrict water spillage at the slits **70** surrounding the posts **42**. After the flap **74** is pulled downward into the slot and around the posts **42**, the hook and loop tabs **108** would be secured to further limit water splashing outwards at the slits **70**. The hook and loop tabs **108** are preferably constructed of Velcro® brand fasteners.

Referring to FIG. **6**, the shower curtain of the present invention for use with a tub transfer bench and a bathtub is formed by providing a substantially rectangular sheet **62** having two side edges **68**, a top edge **64**, and a bottom edge **66**. Two slits **70** are provided in the sheet **62**, with the slits **70** extending upwards from the bottom edge **66** of the sheet **62** and defining a flap **74** having side edges **76** and a bottom edge **78**. A reinforced strip **80** is provided extending along the side edges **76** and the bottom edge **78** of the flap **74**. An attachment arrangement **88** is provided along the top edge **64** of the sheet **62** for attaching the sheet to a shower curtain rod **104** (see FIG. **11**). The width of the flap **74** between the side edges **76** is equal to or greater than the width of the tub transfer bench **20** as measured between the posts **42** (see FIG. **7**). Preferably the shower curtain sheet **62** of the present invention is constructed of polyethylene, polyvinyl chloride, or other appropriate water impervious plastic. As shown in FIG. **7**, the bottom edge **78** of the flap **74** is preferably at a higher level than the bottom edge **66** of the sheet **62**, although it could be at an equal level with the sheet **62** as shown in the embodiment of FIG. **5**. Although a reinforced area **80** is shown herein surrounding the flap **74**, the reinforced area would not be necessary if the shower curtain of the present invention were constructed of a water impervious material with high tear strength. For example, the shower curtain could be constructed of rip-stop nylon with a water repellant coating, which would obviate the need for a reinforced area surrounding the flap.

Although the description above contains many specific descriptions, materials, and dimensions, these should not be construed as limiting the scope of the invention but as merely providing illustrations of some of the presently preferred embodiments of this invention. Thus the scope of the invention should be determined by the appended claims and their legal equivalents, rather than by the examples given.

What is claimed is:

1. A shower curtain for use with a tub transfer bench and a bathtub comprising:

a generally rectangular sheet having a free top edge, a bottom edge, and two side edges;

a plurality of apertures in said top edge of said sheet, a metal grommet surrounding each of said apertures;

two slits extending upward from said bottom edge of said sheet, said slits inverted V-shaped slits including slit edges;

said slits defining a downward extending flap at said bottom edge of said sheet, said flap generally between said two side edges of said sheet, said flap including a bottom edge, said bottom edge of said flap including a reinforced area, said reinforced area of said flap including a folded over portion of said sheet;

a reinforced area substantially surrounding each of said slits, said reinforced area including a strip of reinforcing material at said slit edges;

US 7,761,935 B1

7

a handle extending from said bottom edge of said flap, said handle is held by said folded over portion of said sheet, said handle a cord selected from the group including nylon, cotton, and plastic;

hook and loop tabs connecting said flap to said sheet at said slits;

a plurality of straps along said top edge of said sheet;

a hook arrangement on said straps;

8

a loop arrangement on said sheet; and

said flap capable of being folded or rolled upward such that said bottom edge of said flap is raised above said bottom edge of said sheet.

**2**. The shower curtain of claim **1** wherein said slit is an inverted U-shape.

\* \* \* \* \*

# EXHIBIT B

```
System:     3/19/2021   5:11:12 PM          On the Right Track Systems, In              Page:    1
User Date:  3/19/2021                       VENDOR CHECK REGISTER REPORT                User ID: BTuazonOTRT
                                            Payables Management
```

```
Ranges:         From:                   To:                          From:         To:
  Check Number  First                   Last             Check Date  1/1/2011      12/31/2011
  Vendor ID     CURTAIN                 CURTAIN          Checkbook ID First         Last
  Vendor Name   First                   Last
```

```
Sorted By:  Vendor ID
```

* Voided Checks

| Check Number | Vendor ID | Vendor Check Name | Check Date | Checkbook ID | Audit Trail Code | Amount |
|---|---|---|---|---|---|---|
| 3421 | CURTAIN | Curtain Cuts LLC | 5/2/2011 | STERLING | PMCHK00000337 | $2.10 |
| 3523 | CURTAIN | Curtain Cuts LLC | 6/1/2011 | STERLING | PMCHK00000353 | $40.95 |
| 3629 | CURTAIN | Curtain Cuts LLC | 7/5/2011 | STERLING | PMCHK00000361 | $14.35 |
| 3741 | CURTAIN | Curtain Cuts LLC | 8/3/2011 | STERLING | PMCHK00000372 | $2.10 |
| 3832 | CURTAIN | Curtain Cuts LLC | 9/2/2011 | STERLING | PMCHK00000385 | $11.20 |
| 3966 | CURTAIN | Curtain Cuts LLC | 10/3/2011 | STERLING | PMCHK00000399 | $20.56 |
| 4061 | CURTAIN | Curtain Cuts LLC | 10/31/2011 | STERLING | PMCHK00000406 | $14.20 |
| 4177 | CURTAIN | Curtain Cuts LLC | 12/5/2011 | STERLING | PMCHK00000421 | $19.86 |

```
Total Checks:      8                                  Total Amount of Checks:        $125.32
                                                                                ====================
```

```
System:      3/19/2021  5:11:50 PM          On the Right Track Systems, In              Page:    1
User Date:   3/19/2021                      VENDOR CHECK REGISTER REPORT                User ID: BTuazonOTRT
                                            Payables Management
```

```
Ranges:            From:                    To:                          From:          To:
   Check Number    First                    Last            Check Date   1/1/2012       12/31/2012
   Vendor ID       CURTAIN                  CURTAIN         Checkbook ID  First          Last
   Vendor Name     First                    Last
```

Sorted By:  Vendor ID

* Voided Checks

| Check Number | Vendor ID | Vendor Check Name | Check Date | Checkbook ID | Audit Trail Code | Amount |
|---|---|---|---|---|---|---|
| 4322 | CURTAIN | Curtain Cuts LLC | 1/3/2012 | STERLING | PMCHK00000446 | $10.94 |
| 4459 | CURTAIN | Curtain Cuts LLC | 2/6/2012 | STERLING | PMCHK00000462 | $33.99 |
| 4571 | CURTAIN | Curtain Cuts LLC | 3/5/2012 | STERLING | PMCHK00000477 | $28.40 |
| 4688 | CURTAIN | Curtain Cuts LLC | 4/2/2012 | STERLING | PMCHK00000488 | $36.86 |
| 4803 | CURTAIN | Curtain Cuts LLC | 4/30/2012 | STERLING | PMCHK00000496 | $28.58 |
| 4957 | CURTAIN | Curtain Cuts LLC | 6/4/2012 | STERLING | PMCHK00000509 | $31.54 |
| 5086 | CURTAIN | Curtain Cuts LLC | 7/2/2012 | STERLING | PMCHK00000520 | $35.07 |

```
Total Checks:     7                                         Total Amount of Checks:      $205.38
                                                                                    ====================
```

```
System:      3/19/2021   5:14:42 PM          On the Right Track Systems, In                      Page:    1
User Date:   3/19/2021                        VENDOR CHECK REGISTER REPORT                       User ID: BTuazonOTRT
                                                 Payables Management
```

```
Ranges:          From:                    To:                                From:             To:
  Check Number   First                    Last              Check Date       1/1/2012          12/31/2012
  Vendor ID      WHITAK                   WHITAK            Checkbook ID      First             Last
  Vendor Name    First                    Last
```

Sorted By:  Vendor ID

\* Voided Checks

| Check Number | Vendor ID | Vendor Check Name | Check Date | Checkbook ID | Audit Trail Code | Amount |
|---|---|---|---|---|---|---|
| 5273 | WHITAK | Jennifer Whitaker | 8/6/2012 | STERLING | PMCHK00000534 | $38.18 |
| 5454 | WHITAK | Jennifer Whitaker | 9/4/2012 | STERLING | PMCHK00000545 | $44.34 |
| 5455 | WHITAK | Jennifer Whitaker | 9/7/2012 | STERLING | PMCHK00000546 | $2,500.00 |
| 5570 | WHITAK | Jennifer Whitaker | 10/1/2012 | STERLING | PMCHK00000554 | $34.94 |
| 5749 | WHITAK | Jennifer Whitaker | 11/3/2012 | STERLING | PMCHK00000565 | $27.28 |
| 5922 | WHITAK | Jennifer Whitaker | 12/3/2012 | STERLING | PMCHK00000576 | $38.97 |
| 6042 | WHITAK | Jennifer Whitaker | 12/31/2012 | STERLING | PMCHK00000587 | $17.71 |

```
Total Checks:     7                                     Total Amount of Checks:      $2,701.42
```

# EXHIBIT C

**From:** jenniferwhitaker2@verizon.net <jenniferwhitaker2@verizon.net>
**Sent:** Tuesday, July 10, 2012 3:23 PM
**To:** teddy@ontherighttrack.com
**Subject:** Re: RE: BenchBuddy Shower curtain

Hi Teddy,

I wated to give you my new address:

111 Sweet Magnolia Lane, Apt 4110
Eatonton, GA 31024

My phone number has stayed the same.  Is it possible to write the check to me instead of Curtain Cuts?  I need to determine GA small business laws.

Thanks for the update below.

Jennifer