**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JENNIFER L. WHITAKER,

                Plaintiff,

  -against-                                21 **CIVIL** 840 (PKC)

                                                        **JUDGMENT**

ON THE RIGHT TRACK SYSTEMS, INC.,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 14, 2022, the Court has considered all the arguments of the parties, whether or not they are expressly referenced. OTRTS's motion to dismiss the Complaint is GRANTED and final judgment is entered in favor of OTRTS; accordingly, the case is closed.

**Dated:**  New York, New York

       March 15, 2022

                                                           **RUBY J. KRAJICK**

                                                           **Clerk of Court**
                                 **BY:**    *K. Mango*

                                                           **Deputy Clerk**