UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNIFER L. WHITAKER,

                                    Plaintiff,                  21-cv-840 (PKC)

      v.                                                      NOTICE OF APPEAL

ON THE RIGHT TRACK SYSTEMS, INC.,

                                    Defendant.

Notice is hereby given that Jennifer L. Whitaker, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on March 15, 2022 that granted defendant's motion to dismiss and dismissed the complaint.

Dated:  April 13, 2022                                **BURNS & SCHULTZ LLP**

                                                           /s/  Andrew M. Burns
                                                           Andrew M. Burns
                                                           179 Sully's Trail, Suite 202
                                                           Pittsford, New York 14534
                                                           Telephone:  (585) 385-7900
                                                          Facsimile:  (585) 625-0591
                                                          E-mail:  aburns@burnsandschultz.com

                                                          Attorneys for plaintiff Jennifer L. Whitaker

## CERTIFICATE OF SERVICE

      I hereby certify, that on this 13th day of April, 2022, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following participants on this case:

    Peter M. Levine – chief@pmlevinelaw.com

                                      /s/ Andrew M. Burns
                                      Andrew M. Burns